# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY POSEY,<br><br>    Plaintiff(s),<br><br>v.<br><br>FACEBOOK.COM, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00887-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1.

"When submitting an application to proceed *in forma pauperis*, an incarcerated or institutionalized person must simultaneously submit a certificate from the institution certifying the amount of funds currently held in the applicant's trust account at the institution and the net deposits in the applicant's account for the six months before the date of submission of the application." Local Special Rule 1-2 (emphasis added). The applicant must also submit "a certified copy of the trust fund account statement." 28 U.S.C. § 1915(a)(2).

Plaintiff's application in this case includes a financial certificate from September 15, 2023, Docket No. 1 at 4, and a copy of his trust account that ends on September 12, 2023, *see id.* at 5. These documents are stale. Accordingly, the application to proceed *in forma pauperis* is **DENIED** without prejudice. Any renewed application must be filed by June 14, 2024. That renewed application must be complete and must include current documentation. **Failure to comply with this order may result in dismissal.**

IT IS SO ORDERED.

Dated: May 14, 2024

                                                      Nancy J. Koppe
                                                     United States Magistrate Judge