# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY POSEY,<br><br>    Plaintiff(s),<br><br>v.<br><br>FACEBOOK.COM, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00887-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 4] |

On May 14, 2024, the Court denied without prejudice Plaintiff's application to proceed *in forma pauperis* and ordered that a proper application be filed by June 14, 2024. Docket No. 3. On May 24, 2024, Plaintiff filed a motion to extend that deadline indicating that it generally takes 30 days to obtain the necessary paperwork from prison officials. Docket No. 4. As Plaintiff has not filed a renewed application and the subject deadline has expired, the Court will grant the extension sought based on the reasoning provided. Accordingly, the motion to extend time is **GRANTED**. Plaintiff must file an amended application resolving the previously identified deficiencies (Docket No. 3) by June 28, 2024.

**Failure to comply with this order may result in dismissal.**

IT IS SO ORDERED.

Dated: June 17, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1