UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY POSEY,

    Plaintiff(s),

v.

FACEBOOK.COM, et al.,

    Defendant(s).

Case No. 2:24-cv-00887-GMN-NJK

**ORDER**

On June 21, 2024, the Court ordered Plaintiff to make an initial installment payment toward the filing fee in the amount of $46.02 by August 6, 2024.  Docket No. 7.  The Court received a partial payment of $26.40.  Hence, the partial payment was short by $19.62.  The Court declines to move forward with this case, including engaging in screening pursuant to 28 U.S.C. § 1915(e), until the partial payment fee is fulfilled.

Accordingly, Plaintiff is **ORDERED** to pay the remaining portion of the partial filing fee of $19.62 by October 15, 2024.  Plaintiff must have the designated fee sent to the Clerk's Office by that date.  <u>Failure to do so may result in dismissal of this action</u>.

The Clerk's Office is **INSTRUCTED** to send Plaintiff two copies of this Order.  Plaintiff is ordered to make the necessary arrangements to have one copy of this Order attached to the check in the amount of the fee amount identified above.

The Clerk's Office is **INSTRUCTED** to send a copy of this order to the attention of the inmate accounts department at Southern Desert Correctional Center, P.O. Box 208, Indian Springs, Nevada 89070.

1

The Clerk's Office is **INSTRUCTED** to provide a copy of this Order to the Finance Division of the Clerk's Office.

IT IS SO ORDERED.

Dated: August 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge