# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY POSEY, | Case No. 2:24-cv-00887-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket Nos. 19, 20] |
| FACEBOOK.COM, et al., | |
| Defendant(s). | |

Concurrently herewith, the Court is screening Plaintiff's complaint. Plaintiff's motions for status check (Docket Nos. 19, 20) are **DENIED** as moot.

IT IS SO ORDERED.

Dated: October 8, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1