# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY POSEY, | Case No. 2:24-cv-00887-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| FACEBOOK.COM, et al., | |
| Defendant(s). | |

On October 8, 2025, the Court screened Plaintiff's amended complaint, dismissed the amended complaint, and ordered Plaintiff to file a second amended complaint by November 7, 2025. Docket No. 21. On October 9, 2025, Plaintiff filed a notice of change of address. Docket No. 23. Hence, it is not clear that Plaintiff received the screening order. Accordingly, the Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of the screening order (Docket No. 21) to his new address. In addition, the Court **EXTENDS** the deadline for Plaintiff to file a second amended complaint to <u>December 5, 2025</u>. **Failure to file a second amended complaint by the deadline set above will result in the recommended dismissal of this case.**

IT IS SO ORDERED.

Dated: November 13, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1