# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Anthony Posey,<br><br>    Plaintiff(s),<br><br>v.<br><br>Facebook.com, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00887-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 27] |

Pending before the Court is Plaintiff's motion for case summary, which the Court construes as a motion for a copy of the docket. Docket No. 27.[1] As a one-time courtesy, the Court **GRANTS** that motion. The Court **INSTRUCTS** the Clerk's Office to send Plaintiff a copy of the docket.

IT IS SO ORDERED.

Dated: January 23, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1