# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Anthony Posey,

Plaintiff(s),

v.

Facebook.com, et al.,

Defendant(s).

Case No. 2:24-cv-00887-GMN-NJK

**ORDER**

[Docket Nos. 35, 36]

In light of the pending recommendation for dismissal and the denials of Plaintiff's requests for relief from the deadline to file a second amended complaint, Docket Nos. 25, 28, 33, the Court **DENIES** Plaintiff's motions for copies, Docket Nos. 35, 36.

IT IS SO ORDERED.

Dated: April 7, 2026

Nancy J. Koppe
United States Magistrate Judge

1